NATHAN B. KOGAN, as Executor of the Last Will and Testament of MARY WINTER, Deceased, v. GUSTAV BONDY, Impleaded with CHARLES BONDY, as Executor, etc., of GUSTAV BONDY, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CARON CORPORATION v. R. K. O. RADIO PICTURES, INC.— Motion for reargument denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ALBERT MATEYKA v. HENRY M. REISCHMANN and Another.— Motion for reargument denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JANET MEISNER v. HARRY MEISNER and Another.— Motion for leave to appeal to the Court of Apeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE METROPOLITAN SAVINGS BANK v. FRIEND L. TUTTLE, as Executor of and Trustee, etc., of ANGELO UBRIACO, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

COLTER REALTY, INC., v. SOPHIA FESSLER and Others, Impleaded with MORRIS COHEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUISE H. BRAZILL v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

VICTOR SCHADENBURG and Others v. GEORGE MONKUS, Impleaded with SPECTOR MOTOR SERVICE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ISIDORE HIRSCH against HARRY W. MARSH, President, and Others, Impleaded with LOUIS DICKSTEIN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SYLVIA SMITH (Alias SMIGGER) v. HARRY SMITH (Alias SMIGGER).— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JAMES F. CAVAGNARO v. WILLIAM L. BOWMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

RICHARD J. BARRY v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

WILLIAM D. FRAD v. THE COLUMBIAN NATIONAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS.— Motion for leave to appeal to the Court of Appeals and for other relief denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MILDRED A. GOLDBERG v. HIRAM CHARLES GOLDBERG.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Cohn, J., taking no part.